UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRUCE ENVIRONMENTAL TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>FESTA SUNN ENTERPRISES, INC. d/b/a FESTA RADON TECHNOLOGIES, CO.,<br><br>    Defendant. | CIVIL ACTION NO. 1:15-cv-11521-NMG |

**DEFENDANT'S MOTION TO IMPOUND
CERTAIN DOCUMENTS PURSUANT TO L.R. 7.2 (ASSENTED TO)**

Defendant Festa Sunn Enterprises, Inc. d/b/a Festa Radon Technologies, Co. ("Defendant" or "Festa") hereby moves the Court to permit Festa to file certain documents as impounded under Local Rule 7.2. Filing of these documents, discussed below, is necessary to rebut various allegations and arguments made by Plaintiff in support of Plaintiff Spruce Environmental Technologies, Inc.'s Motion For Partial Summary Judgment (Doc. # 139). Plaintiff, however, has marked these documents "Attorneys Eyes Only" under the Confidentiality and Stipulated Protective Order in this case (Doc. # 60).

As grounds for this Motion, Festa states:

1. As a part of its Motion for Partial Summary Judgment, Plaintiff Spruce Environmental Technologies, Inc. ("Spruce") has requested judgment as a matter of law on Festa's claims that: (i) Spruce's fans are falsely advertised as conforming to UL 507[1]; and (ii) Spruce's fans are falsely advertised as being "ETL Listed" for outside use.[2]

---

[1] Defendant's Second Amended Answer, Affirmative Defenses and Counterclaim (Doc # 54) ¶ 27 at page 22.

*Motion allowed.* /s/NMGorton, USDJ 12/14/16