# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRUCE ENVIRONMENTAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br> vs. <br><br> FESTA SUNN ENTERPRISES, INC. d/b/a FESTA RADON TECHNOLOGIES, CO., <br><br> Defendant. | CIVIL ACTION NO. 1:15-cv-11521-NMG |

## ORDER OF IMPOUNDMENT

Pursuant to Local Rule 7.2, the Court hereby grants leave to Defendant to file the following under impoundment: portions of transcript of Keith Miller of Intertek Testing Services, Inc.; exhibits to that transcript; other documents produced in discovery by Intertek; and unredacted copies of Festa's Opposition and L.R. Rule 56.1 response, and ORDERS:

(a) Such documents shall be impounded by the Clerk, and not placed upon the public record;

(b) The impoundment of these documents shall expire on February 28, 2017, subject to further Court order; and

(c) Upon expiration of impoundment, the documents shall be retrieved immediately by Defendant's counsel.

**SO ORDERED.**

/s/ Nathaniel M. Gorton
_____
Nathaniel M. Gorton
United States District Judge

Dated: 12/14/16