United States District Court
District of Massachusetts

| | |
|---|---|
| SPRUCE ENVIRONMENTAL TECHNOLOGIES, INC., ) ) ) Plaintiff, ) ) v. ) ) FESTA SUNN ENTERPRISES, INC. d/b/a ) FESTA RADON TECHNOLOGIES, CO., ) ) Defendant. ) ) | Civil No. 15-11521-NMG |

## ORDER

A motion to stay a case filed two weeks before a jury trial that has been scheduled for six months (and was previously rescheduled several times) is imprudently filed. The jury trial scheduled to commence on Monday, May 8, 2017 at 9:00 a.m. is hereby postponed but if this case is not resolved by private arbitration or mediation before the end of June 2017, counsel shall appear in this Court on Thursday, July 6, 2017 at 3:00 p.m. to show cause why they should not jointly be assessed reasonable costs for having caused disruption to the docket of this session of the United States District Court.
So ordered.

Dated: May 1, 2017

/s/ Nathaniel M. Gorton_____
Nathaniel M. Gorton
United States District Judge